## Conway *v.* Dana, Appellant.

Submitted April 10, 1972. *Frances Jane Connell*, for appellant; *Dane Critchfield*, for appellee.

Order affirmed.

## Duquesne Brewing Company of Pittsburgh, Appellant, *v.* Lando, Inc.
## Lando, Inc. *v.* Duquesne Brewing Company of Pittsburgh, Appellant.

Argued April 12, 1972. *William B. Mallin*, with him *James S. Curtin, Barton Z. Cowan*, and *Eckert, Seamans, Cherin & Mellott*, for appellant; *Arnold D. Wilner*, with him *Theodore Goldberg*, and *Baskin, Boreman, Wilner & Sachs, Gondelman & Craig*, for appellee.

Judgments affirmed.